813 F.2d 397
 Lally (Paul T., Sr., Helen A., Christine M., Edward), Stuart
(Richard J.), De Marco (J. Garfield), Rago (Arthur
R., Natalie F.), Adams (George H., Elizabeth B.)
v.
Matlack (Marvin F., Shirley), Trainor (Lilliam), Thoms
(Charles V.), Cossey (Linda H.), Does (John) 1-100
 NOS. 86-5170, 86-5420
 United States Court of Appeals,
Third Circuit.
 FEB 02, 1987
 
 1
 Appeal From: D.N.J.
 
 
 2
 DISMISSED IN PART AND AFFIRMED IN PART.